UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DERRICK REDD,

                                        Plaintiffs,

       -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, NEW YORK CITY POLICE
OFFICERS, DETECTIVE EDWARD BALFE,
DETECTIVE RONALD WALDRON, DETECTIVE
BILLY MILLAN, POLICE OFFICER FRESNEL AND
POLICE OFFICER JOHN DOES.

                                        Defendants.

------------------------------------------------------------------------- x

**NOTICE OF MOTION**

19-CV-2917 (RJD) (TAM)

       **PLEASE TAKE NOTICE** that upon the annexed Local Rule 56.1 Statement, dated May 6, 2022; the Declaration of Brian Francolla, dated May 6, 2022, with exhibits; the Memorandum of Law, dated May 6, 2022; and upon all prior pleadings and proceedings had herein, defendants City of New York, Detective Edward Balfe, Detective Ronald Waldron, Detective Billy Milan and Police Officer Justinah McFadden, on May 6, 2022, will move for summary pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that no genuine issue of material facts exist to warrant a trial with respect to plaintiff claims, and for such other and further relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 31, 2022 Order, plaintiff's opposition papers, if any, should be served on the undersigned on or before June 6, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 31, 2022 Order, defendants' reply papers, if any, shall be served on plaintiff on or before June 20, 2022.

| | |
|---|---|
| Dated: New York, New York<br>May 6, 2022 | **HON. SYLVIA O. HINDS-RADIX**<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-3527<br><br>By: /s/ _____<br>Brian Francolla<br>*Senior Counsel*<br>Special Federal Litigation Division |

cc: Robert Kerrigan, Esq.  (By email and ECF)
     Kelly, Grossman & Kerrigan, LLP
     1248 Montauk Highway
     West Islip, New York 11795